UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,

        Plaintiff,

   v.

YEPRAKSI MKRTCHVAN;
ARTVUN MKRTCHVAN;
Y.R.T. INC., a California Corporation; and
Does 1-10,

        Defendants.

Case No.: 2:18-CV-10769-SS

**ORDER**

## **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: ___4/2/19_____      _____/s/ Suzanne H. Segal_____

HONORABLE SUZANNE H SEGAL

United States Magistrate Judge

Notice of Settlement        -1-        2:18-CV-10769-SS