CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,

       Plaintiff,

  v.

YEPRAKSI MKRTCHVAN;
ARTVUN MKRTCHVAN;
Y.R.T. INC., a California
Corporation; and Does 1-10,

      Defendants.

**Case:** 2:18-CV-10769-SS

**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Chris Langer, hereby voluntarily dismisses the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants Yepraksi Mkrtchyan; Arutyun Mkrtchyan; Y.R.T. Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 10, 2019       CENTER FOR DISABILITY ACCESS

                    By:   /s/ Chris Carson
                         Chris Carson
                         Attorneys for Plaintiff

1